ACCEPTED
03-12-00725-CR
5208510
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 11:24:47 AM
JEFFREY D. KYLE
CLERK



February 24, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/8/2015 11:24:47 AM

JEFFREY D. KYLE
Clerk

**VIA CERTIFIED MAIL RRR**
**7012 1010 0000 2862 4309**

Mr. Eric Maldonado
610 South Main
Lockhart, Texas 78644

Mr. Maldonado:

Enclosed please find for your review the Judgment and Memorandum Opinion of the Court of Appeals and the accompanying letter in your case.

Unfortunately, the Court of Appeals has Affirmed the Judgment of the trial court.

Please be advised that you have the right to file a petition for discretionary review with the Court of Criminal Appeals. You have the right to file the petition pro se (on your own without counsel) or by an attorney you choose to employ as my employment as counsel only extends through your first appeal. The petition for discretionary review must be filed within 30 days after the Judgment was rendered and final, unless a motion to extend time has been filed and an extension granted by the Court of Criminal Appeals as provided by Texas Rules of Appellate Procedure 10.5(b).

Your petition for discretionary review is due on or before March 20, 2015.

Attached please find my motion to withdraw being filed in the court of appeals on this date also.

If you have any questions regarding this matter, please contact me.

Sincerely,

E. Chevo Pastrano, Jr.

Enclosures:     Judgment and Memorandum Opinion

ECP:ecpjr

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric Daniel McDonald
610 South Main
Lockhart, TX 78644

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)

7012 1010 0000 2847 4309

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

THE PASTRANO
LAW FIRM

The Old Cotton Exchange
202 Travis Street, Ste. 307
Houston, Texas 77002

7012 1010 0000 2862 4309

UNITED STATES
POSTAL SERVICE®

1000        78644

U.S. POSTAGE
PAID
HOUSTON,TX
77019
FEB 27, 15
AMOUNT

$7.82

00118795-04

NIXIE        00002033-1N        03/29/15

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

